# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00799-CV

**WC 1st and Trinity, LP; WC 1st and Trinity GP, LLC; WC 3rd and Congress LP; and WC 3rd and Congress GP, LLC, Appellants**

**v.**

**The Roy F. & JoAnn Cole Mitte Foundation, Appellee**

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-GN-18-007636, THE HONORABLE JAMES LEE CARROLL, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellants have notified this Court that they have filed for bankruptcy protection (United States Bankruptcy Court, W.D. Texas, Case Nos. 20-10885, 20-10886, 20-10887, 20-10888). *See* Tex. R. App. P. 8.1. Accordingly, this appeal is stayed. *See* 11 U.S.C. § 362; Tex. R. App. P. 8.2. Any party may file a motion to reinstate the appeal if permitted by federal law or the bankruptcy court. *See* Tex. R. App. P. 8.3(a). It is the parties' responsibility to notify the Court as soon as possible if an event occurs that would allow reinstatement. *Id.* Failure to notify this Court of a lift of the automatic stay or the conclusion of the bankruptcy proceeding may result in the dismissal of the case for want of prosecution. *See id.* R. 42.3(b).

Before Chief Justice Rose, Justices Triana and Smith

Bankruptcy

Filed: October 2, 2020